IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES T. DHALLUIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-05-1525-M |
| ) | |
| RANDALL G. WORKMAN, ) | |
| ) | |
| Respondent. ) | |

### ORDER

On January 30, 2006, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for writ of habeas corpus be dismissed without prejudice on filing for petitioner's failure to exhaust his available state court remedies. Petitioner was advised of his right to object to the Report and Recommendation by February 20, 2006. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 30, 2006, and

(2) DISMISSES the petition for writ of habeas corpus without prejudice for failure to exhaust available state court remedies.

**IT IS SO ORDERED this 8th day of March, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE